**DISMISS and Opinion Filed October 4, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00301-CV**

**GLENDELL THOMPSON, Appellant**
**V.**
**TC MASS PROPERTIES, LLC AND CYNTHIA DAVIS SIBLEY, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04527-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Partida-Kipness

The clerk's record in this case is past due. By letter dated August 1, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the record. We directed appellant to provide, within ten days, (1) verification of payment, or arrangements to pay, for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to comply could result in the dismissal of the appeal for want of prosecution without further notice. To date, appellant has not

provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230301F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GLENDELL THOMPSON,
Appellant

No. 05-23-00301-CV     V.

TC MASS PROPERTIES, LLC
AND CYNTHIA DAVIS SIBLEY,
Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-04527-
E.
Opinion delivered by Justice Partida-
Kipness. Justices Reichek and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees TC MASS PROPERTIES, LLC AND
CYNTHIA DAVIS SIBLEY recover their costs of this appeal from appellant
GLENDELL THOMPSON.

Judgment entered October 4, 2023

–3–